# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00072-CV

### A. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-18-003020, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on February 7, 2020. To date, the reporter's record has not been filed.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, LaSonya Thomas is hereby ordered to file the reporter's record in this case on or before February 20, 2020. If the record is not filed by that date, Thomas may be required to show cause why she should not be held in contempt of court.

It is ordered on February 11, 2020.

Before Chief Justice Rose, Justices Baker and Triana